**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jose Carmen Resendiz PICHARDO, also known as Jose Carmen Resendiz–Pichardo, also known as Orlando Alaniz–Mungia, also known as Orlando Alaniz, also known as J. Carmen Resendiz, also known as Sergio Reyes, Jr., also known as Orlando Ro-**

berto Alaniz–Muniga, also known as Jose C. Resendiz–Pichards, also known as Orlando R. Alaniz, also known as Orlando Alanizmunguia, also known as Orlando Alaniz–Muniga, Defendant–Appellant.

No. 11–20877
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 17, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Lourdes Rodriguez, Houston, TX, for Defendant–Appellant.

Before DAVIS, OWEN, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jose Carmen Resendiz Pichardo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Resendiz Pichardo has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's mo-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

tion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.